THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LUDWIG H. LEE, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued April 2, 1928; decided May 1, 1928.)

APPEAL from a judgment of the Kings County Court rendered November 14, 1927, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Gardiner Conroy, Edward J. Reilly* and *Reginald S. Hardy* for appellant.

*Charles J. Dodd,* District Attorney (*Henry J. Walsh* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.